~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
FEB 0 9 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

TO: Honorable Maria Elena James         RE:   Chan, Jeffrey
U.S. Magistrate Judge

FROM: Richard W. Wieking, Acting Chief   DOCKET NO.:   CR08-0461
U.S. Pretrial Services Officer

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Josh Libby                                            415-436-7501
U.S. PRETRIAL SERVICES OFFICER                        TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [x] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge _____ Presiding  District Court Judge _____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)
  A.
  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [ ] Other Instructions:

_____

/s/ MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                        DATE  2-9-09